UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Roberts, et al. v. Monsanto Co.*,<br>Case No. 24-cv-02055-VC | **ORDER DISMISSING INDIVIDUAL CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 18461 |

The above captioned case is dismissed without prejudice for failing to comply with the rules of personal jurisdiction and venue, as explained in Pretrial Order No. 183 (Dkt. No. 7196). Plaintiff's Motion to Transfer Venue, Dkt. No. 18665, is denied as moot.

**IT IS SO ORDERED.**

Dated: July 19, 2024

_____
VINCE CHHABRIA
United States District Judge